STATE OF NORTH CAROLINA v. FREDERICK MADISON
PATTERSON

No. 7425SC665

(Filed 18 December 1974)

APPEAL by defendant from *Chess, Judge,* 14 May 1974 Session of Superior Court held in CATAWBA County. Argued before the Court of Appeals 21 October 1974.

State v. Patterson

Defendant was charged in a bill of indictment with the felony of robbery with a firearm. A plea of not guilty was entered, and a verdict of guilty as charged was returned. From an active sentence of not less than 15 years nor more than 25 years imposed thereon, the defendant gave notice of appeal.

*Attorney General Carson, by Assistant Attorney General Briley, for the State.*

*Samuel D. Smith, for the defendant.*

BROCK, Chief Judge.

Defendant presents the record for review for possible errors. We have reviewed the record. In our opinion defendant had a fair trial free from prejudicial error.

No error.

Judges PARKER and MARTIN concur.